CRAVATH, SWAINE & MOORE LLP
Corporate Service
**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**

**AFFIDAVIT OF SERVICE**



*11248*

Index no : **2:23-CV-00004**

| Plaintiff(s): | **ALARM.COM INCORPORATED, ET AL** |
|---|---|
| Defendant(s): | **VIVINT, INC.** |

STATE OF TEXAS COUNTY OF DALLAS      ss.:

**MATTHEW FOSTER**, I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS ACCURATE AND TRUE.

On **01/05/2023** at **1:22 PM**, I served the within **SUMMONS AND COMPLAINT; PLAINTIFF ALARM.COM CORPORATE DISCLOSURE STATEMENT; PLAINTIFF ICN ACQUISITIONS, LLC'S CORPORATE DISCLOSURE STATEMENT; EXHIBITS** on **VIVINT, INC.** a domestic corporation (one of) the **Defendant(s)** at **C/O CT CORPORATION 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201** in the manner indicated below:

By delivering to and leaving personally with **TIERICIA WILLIAMS , INTAKE SPECIALIST** a true copy of each thereof.



MATTHEW FOSTER
B & G Legal Support Services Inc
225 BROAWAY 3RD FLOOR
New York, NY 10007
212.635.3555
DCA License#: 2095725